MOUND COTTON WOLLAN & GREENGRASS LLP
Jeffrey S. Weinstein
30A Vreeland Road, Suite 210
Florham Park, NJ 07932
Telephone: (973) 494-0600
*Attorneys for Defendant Mitsui Sumitomo Insurance Group as subrogee of Yanmar America Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TFORCE FREIGHT, INC., <br><br> Plaintiff, <br><br> - against - <br><br> MITSUI SUMITOMO INSURANCE GROUP a/s/o YANMAR AMERICA CORPORATION, <br><br> Defendant. | Civil Action No. 3:23-cv-00587-MAS-LHG <br><br> **NOTICE OF APPEARANCE** |

TO: The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Mitsui Sumitomo Insurance Group as subrogee of Yanmar America Corporation.

        MOUND COTTON WOLLAN & GREENGRASS LLP

        By /s/ Jeffrey S. Weinstein
            Jeffrey S. Weinstein

        30A Vreeland Road, Suite 210
        Florham Park, NJ 07932
        Telephone: (973) 494-0600
        Facsimile: (973) 242-4244
        jweinstein@moundcotton.com

        *Attorneys for Mitsui Sumitomo Insurance Group as subrogee of Yanmar America Corporation*

Dated: February 28, 2023