MOUND COTTON WOLLAN & GREENGRASS LLP
Jeffrey S. Weinstein
30A Vreeland Road, Suite 210
Florham Park, NJ 07932
Telephone: (973) 494-0600
*Attorneys for Defendant Mitsui Sumitomo*
*Insurance Group as subrogee of Yanmar America*
*Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TFORCE FREIGHT, INC.,<br><br>             Plaintiff,<br><br>       - against -<br><br>MITSUI SUMITOMO INSURANCE GROUP a/s/o YANMAR AMERICA CORPORATION,<br><br>             Defendant. | Civil Action No. 3:23-cv-00587-MAS-LHG<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant, Mitsui Sumitomo Insurance Group as subrogee of Yanmar America Corporation, by and through its attorneys, Mound Cotton Wollan & Greengrass LLP, pursuant to Fed.R.Civ.P. 7.1(a), states as follows:

Mitsui Sumitomo Insurance Group is not an entity with a separate legal existence, but is rather a trade name used for marketing purposes for the Mitsui Sumitomo family of companies, which includes Mitsui Sumitomo Insurance USA, Inc., the correct party at interest in this matter.

Mitsui Sumitomo Insurance USA, Inc., a New York domiciled corporation, is a wholly-owned subsidiary of MSIG Holdings (U.S.A.), Inc. MSIG Holdings (U.S.A.), Inc., a New York domiciled corporation, is a wholly-owned subsidiary of two Japanese domiciled corporations, Mitsui Sumitomo Insurance Company, Limited and Aioi Nissay Dowa Insurance Company,

Limited. Mitsui Sumitomo Insurance Company, Limited and Aioi Nissay Dowa Insurance

Company, Limited are both wholly-owned subsidiaries of MS & AD Insurance Group Holdings,

Inc., a Japanese domiciled corporation whose shares are publicly traded on stock exchanges in

Tokyo, Osaka and Nagoya, Japan.

<div style="margin-left: 50%;">

MOUND    COTTON    WOLLAN    &
GREENGRASS LLP


By /s/ Jeffrey S. Weinstein
      Jeffrey S. Weinstein

30A Vreeland Road, Suite 210
Florham Park, NJ 07932
Telephone: (973) 494-0600
Facsimile: (973) 242-4244
jweinstein@moundcotton.com

*Attorneys for Mitsui Sumitomo Insurance Group as subrogee of Yanmar America Corporation*

</div>

Dated: February 28, 2023